# EXHIBIT A

| | | Week 1 | Week 2 | Week 3 | Week 4 | June 22 - July 22 | July 23 - August 22 | Total |
|---|---|---|---|---|---|---|---|---|
| Projected Income | | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $500,000.00 | $500,000.00 | $1,500,000.00 |
| Projected Expenses | | | | | | | | $0.00 |
| | Real Property Lease Payment | $0.00 | $5,747.72 | $0.00 | $0.00 | $5,747.72 | $5,747.72 | $17,243.16 |
| | Taxes & Licenses | $3,395.03 | $0.00 | $0.00 | $0.00 | $3,395.03 | $3,395.03 | $10,185.09 |
| | Insurance | $2,192.50 | $2,192.50 | $2,192.50 | $2,192.50 | $8,770.00 | $8,770.00 | $26,310.00 |
| | Auto Expenses | $1769.74 | $1769.74 | $1769.74 | $1769.74 | $7078.96 | $7078.96 | $21,236.88 |
| | General Office Expenses | $187.50 | $187.50 | $187.50 | $187.50 | $750.00 | $750.00 | $2,250.00 |
| | Non-Supervisor Wages | $2,625.00 | $2,625.00 | $2,625.00 | $2,625.00 | $10,500.00 | $10,500.00 | $31,500.00 |
| | Officer Wages | $1,657.50 | $1,657.50 | $1,657.50 | $1,657.50 | $6,630.00 | $6,630.00 | $19,890.00 |
| | Supervisor / Admin Wages | $6,822.50 | $6,822.50 | $6,822.50 | $6,822.50 | $27,290.00 | $27,290.00 | $81,870.00 |
| | Direct Project Costs (Materials and Supplies) | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $60,000.00 | $60,000.00 | $180,000.00 |
| | Direct Project Costs (Subcontractors & Vendors) | $66,000.00 | $66,000.00 | $66,000.00 | $66,000.00 | $285,000.00 | $285,000.00 | $834,000.00 |
| | Telephone, Utilities, Website | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | $3,600.00 |
| | Software and Office | $228.75 | $228.75 | $228.75 | $228.75 | $915.00 | $915.00 | $2,745.00 |
| | Equipment Rental / Maintenance | $325.00 | $325.00 | $325.00 | $325.00 | $1,300.00 | $1,300.00 | $3,900.00 |
| Projected Expenses | | | | | | | | $0.00 |
| | Bank Fees | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 | $40.00 | $120.00 |
| | Professional Fees (Accountant and Payroll) | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | $750.00 |
| | Professional Fees (Legal) | $500.00 | $500.00 | $500.00 | $500.00 | $2000.00 | $2000.00 | $6,000.00 |
| Projected Net Income | | $22,806.48 | $21,943.79 | $27,691.51 | $27,691.51 | $79,133.29 | $79,133.29 | $258,399.87 |