# EXHIBIT A

| | | Week 1 | Week 2 | Week 3 | Week 4 | June 22 - July 22 | July 23 - August 22 | August 22 - August 31 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Projected Income | | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $500,000.00 | $500,000.00 | $150,000.00 | $1,650,000.00 |
| Projected Expenses | | | | | | | | | |
| | Real Property Lease Payment | $0.00 | $5,376.75 | $0.00 | $0.00 | $5,376.75 | $5,376.75 | $1,613.00 | $17,743.25 |
| | Utilities | $0.00 | $370.97 | $0.00 | $0.00 | $370.97 | $370.97 | $112.00 | $1,224.91 |
| | Taxes & Licenses | $3,395.03 | $3,395.03 | $3,395.03 | $3,395.03 | $3,395.03 | $13,580.00 | $3,395.03 | $33,950.18 |
| | Insurance | $2,192.50 | $2,192.50 | $2,192.50 | $2,192.50 | $8,770.00 | $8,770.00 | $2,634.00 | $28,944.00 |
| | Auto Expenses | $1769.74 | $1769.74 | $1769.74 | $1769.74 | $7078.96 | $7078.96 | $2124.00 | $23,360.88 |
| | General Office Expenses | $187.50 | $187.50 | $187.50 | $187.50 | $750.00 | $750.00 | $225.00 | $2,475.00 |
| | Non-Supervisor Wages | $2,625.00 | $2,625.00 | $2,625.00 | $2,625.00 | $10,500.00 | $10,500.00 | $3,150.00 | $34,650.00 |
| | Officer Wages (Insider John Nanke) | $1,657.50 | $1,657.50 | $1,657.50 | $1,657.50 | $6,630.00 | $6,630.00 | $1,900.00 | $21,790.00 |
| | Supervisor / Admin Wages | $4,616.45 | $4,616.45 | $4,616.45 | $4,616.45 | $17,730.45 | $17,730.45 | $5,320.00 | $59,246.70 |
| | Supervisor Wages - (Insider Jared Nanke) | $2,206.05 | $2,206.05 | $2,206.05 | $2,206.05 | $9,559.55 | $9,559.55 | $2,868.00 | $30,811.30 |
| | Contractor Payment-(Insider Meghan Farnsworth) | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $8,667.00 | $2,600.00 | $21,267.00 |
| | Direct Project Costs (Materials and Supplies) | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $60,000.00 | $60,000.00 | $18,000.00 | $198,000.00 |
| | Direct Project Costs (Subcontractors & Vendors) | $66,000.00 | $66,000.00 | $66,000.00 | $66,000.00 | $285,000.00 | $285,000.00 | $85,500.00 | $919,500.00 |
| | Telephone, Utilities, Website | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | $360.00 | $3,960.00 |
| | Software and Office | $228.75 | $228.75 | $228.75 | $228.75 | $915.00 | $915.00 | $275.00 | $3,020.00 |
| | Equipment Rental / Maintenance | $325.00 | $325.00 | $325.00 | $325.00 | $1,300.00 | $1,300.00 | $390.00 | $4,290.00 |
| Projected Expenses | | | | | | | | | |
| | Bank Fees | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 | $40.00 | $40.00 | $160.00 |
| | Professional Fees (Accountant and Payroll) | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | $250.00 | $1,000.00 |
| | Professional Fees (Subchapter V Trustee) | $250.00 | $250.00 | $250.00 | $250.00 | $1000.00 | $1000.00 | $300.00 | $3,300.00 |
| Projected Net Income | | $21,056.48 | $16,798.76 | $22,546.48 | $22,546.48 | $78,133.29 | $61,281.32 | $18,943.97 | $241,306.78 |