UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Eli Enger (SBN 034242)
ete@udallshumway.com
Joel E. Sannes (SBN 015999)
jes@udallshumway.com
docket@udallshumway.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>NANKE SIGNATURE GROUP, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 3:26-bk-05055-BKM<br><br>**DEBTOR'S STATUS CONFERENCE REPORT** |

Pursuant to 11 U.S.C. § 1188(c), Debtor, Nanke Signature Group, LLC ("Debtor") through undersigned counsel, hereby file its status conference report and states as follows:

1. Debtor filed for relief under subchapter V chapter 11 on May 21, 2026.

2. Debtor will file its plan of reorganization on or before August 19, 2026, the deadline prescribed by 11 U.S.C. § 1189(b).

3. Since the Petition Date, the Debtor's counsel has been in active communication with the appointed Subchapter V Trustee, Dawn Maguire, to review the

Debtor's financial history, operational structure, and proposed reorganization strategy. The Debtor has provided the Trustee with requested financial records, including historical tax returns and cash flow projections.

4. Debtor has initiated discussions with its only secured creditor, Kapitus, LLC, regarding its possible treatment under the Plan.

5. Debtor intends to file a plan of reorganization to pay unsecured creditors and will negotiate with the unsecured creditors to pay them through Debtor's disposable income through the Plan and to establish the feasibility of the Plan.

6. Debtor has filed a motion to use cash collateral, which was approved on June 1, 2026, in the Interim Order Authorizing the Use of Cash Collateral. (Docket 24)

**DATED** this 1 July 2026.

UDALL SHUMWAY PLC

By /s/Joel E. Sannes
Joel E. Sannes
Eli T. Enger
1138 N. Alma School Rd., Ste. 101
Mesa, AZ 85201
*Attorneys for Debtor and Debtor-In-Possession*

Filed via ECF with COPIES mailed
this 1 July 2026 to:

U.S. Trustee's Office
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

Dawn Maguire
US Trustee
trustee@maguirelawaz.com

Mailed or emailed to:

ALL CREDITORS ON MASTER MAILING LIST

By: /s/*Julie Donnelly, CP*

12249614/123697.2