WELLS FARGO

NANKE SIGNATURE GROUP, LLC
DBA J.BARTON CONTRACTING
PO BOX 10158
PRESCOTT AZ 86304-0158

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Fraud and scam tips to help keep your money and information safe**

**Quickly spot check fraud and scams**
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

**Government impersonation scams**

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. **Hang up on unexpected calls from the IRS,** even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", **assume it's a scam.**

WELLS FARGO

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $32,266.83 |
| Deposits/Credits | 226,556.42 |
| Withdrawals/Debits | - 235,922.74 |
| **Ending balance on 5/31** | **$22,900.51** |

Account number [redacted] **2012 (primary account)**

**NANKE SIGNATURE GROUP, LLC**
**DBA J.BARTON CONTRACTING**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.51 |
| Average collected balance | $60,458.91 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.51 |
| Interest paid this year | $3.30 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Purchase authorized on 04/29 Rdo Equipment Pres Prescott AZ S586119815139973 Card 6225 | | 157.30 | |
| 5/1 | | Recurring Payment authorized on 04/30 Sparklight Acp 877-6922253 AZ S386120339543884 Card 1021 | | 374.17 | |
| 5/1 | | Withdrawal Made In A Branch/Store | | 7,850.00 | |
| 5/1 | 26143 | Cashed Check | | 590.36 | |
| 5/1 | 26141 | Deposited OR Cashed Check | | 899.85 | |
| 5/1 | 26144 | Deposited OR Cashed Check | | 919.45 | |
| 5/1 | | Online Transfer to Nanke J Everyday Checking xxxxxx2009 Ref #Ib0Xwnmtb2 on 05/01/26 | | 1,000.00 | |
| 5/1 | 26145 | Deposited OR Cashed Check | | 1,239.81 | |
| 5/1 | 26146 | Deposited OR Cashed Check | | 756.87 | |
| 5/1 | | Bankers Life 357 Ins Prem 260429 223028275260501 John Nanke | | 111.31 | 18,367.71 |
| 5/4 | | Purchase authorized on 05/01 Granite Dells Stor 928-800-8200 AZ S306121264418619 Card 6225 | | 2,022.37 | |
| 5/4 | | Recurring Payment authorized on 05/01 Google *Workspace_ CC@Google.Com CA S356121444524287 Card 1021 | | 439.38 | |
| 5/4 | | Recurring Payment authorized on 05/03 Scentnow LLC Shopscentnow. OH S586124145255351 Card 1021 | | 102.00 | |
| 5/4 | | WF Direct Pay-Payment- Willow Lake Rock AR From 2025 to 2026-Tran ID Dpaaapmxna | | 3,457.24 | |
| 5/4 | 26139 | Check | | 280.00 | 12,066.72 |
| 5/5 | | Purchase authorized on 05/03 IN *Buenos Banos L 928-4958562 AZ S586124192683673 Card 1021 | | 220.64 | |
| 5/5 | | WF Direct Pay-Payment- Willow Lake Accounts Receivable-Tran ID Dpaaapxe6T | | 134.46 | 11,711.62 |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/6 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026050600008089 Trn#260506179642 Rfb# | 36,548.61 | | |
| 5/6 | | Withdrawal Made In A Branch/Store | | 1,691.78 | |
| 5/6 | | Online Transfer to Nanke J Everyday Checking xxxxxx2009 Ref #Ib0Xyl2Fzk on 05/06/26 | | 500.00 | |
| 5/6 | 26148 | Check | | 881.42 | |
| 5/6 | 26133 | Check | | 951.49 | 44,235.54 |
| 5/7 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026050700002229 Trn#260507110418 Rfb# | 25,343.67 | | |
| 5/7 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026050700005241 Trn#260507159184 Rfb# | 64,080.44 | | |
| 5/7 | | Online Transfer to Nanke J Ref #Ib0Xyywvcc Everyday Checking Jared Nanke Payroll May 7 2026 | | 1,717.89 | |
| 5/7 | < | Business to Business ACH Debit - Intuit 51614023 Tax 260507 19477004 Nanke Signature Group | | 3,051.62 | |
| 5/7 | 26071 | Check | | 2,000.00 | 126,890.14 |
| 5/8 | | Direct Pay Monthly Base | | 10.00 | |
| 5/8 | | Direct Pay Nonwf Bus Pymt Trans | | 33.00 | |
| 5/8 | 26156 | Deposited OR Cashed Check | | 1,239.80 | |
| 5/8 | 26165 | Deposited OR Cashed Check | | 2,000.00 | |
| 5/8 | 26159 | Deposited OR Cashed Check | | 1,203.02 | |
| 5/8 | 26157 | Deposited OR Cashed Check | | 756.86 | |
| 5/8 | 26162 | Cashed Check | | 2,250.00 | |
| 5/8 | 26152 | Deposited OR Cashed Check | | 559.03 | |
| 5/8 | 26150 | Check | | 218.50 | |
| 5/8 | 26119 | Check | | 850.42 | |
| 5/8 | 26154 | Check | | 1,058.53 | |
| 5/8 | 26167 | Check | | 27,146.00 | 89,564.98 |
| 5/11 | | Recurring Payment authorized on 05/09 Intuit *Qbooks Onl Cl.Intuit.Com CA S466129607742797 Card 1021 | | 342.11 | |
| 5/11 | 26155 | Deposited OR Cashed Check | | 843.59 | |
| 5/11 | | Online Transfer to Nanke J Ref #Ib0Y2Ljrp7 Everyday Checking Member Draw | | 5,000.00 | |
| 5/11 | 26161 | Check | | 350.00 | 83,029.28 |
| 5/13 | | Recurring Payment authorized on 05/12 Dropbox*4Jw17Qqcc1 Dropbox.Com CA S356132753668708 Card 1021 | | 98.37 | |
| 5/13 | 26164 | Check | | 618.00 | 82,312.91 |
| 5/14 | | Online Transfer to Nanke J Everyday Checking xxxxxx1215 Ref #Ib0Y3R8Bkl on 05/14/26 | | 1,717.91 | |
| 5/14 | 26177 | Deposited OR Cashed Check | | 1,203.02 | |
| 5/14 | 26170 | Deposited OR Cashed Check | | 609.34 | |
| 5/14 | 26153 | Deposited OR Cashed Check | | 638.72 | |
| 5/14 | 26178 | Cashed Check | | 2,250.00 | |
| 5/14 | < | Business to Business ACH Debit - Intuit 40758362 Tax 260514 19477004 Nanke Signature Group | | 3,395.03 | |
| 5/14 | 26160 | Check | | 161.00 | |
| 5/14 | 26158 | Check | | 752.05 | |
| 5/14 | 26072 | Check | | 2,000.00 | |
| 5/14 | 26147 | Check | | 240.34 | |
| 5/14 | 26175 | Check | | 459.72 | |
| 5/14 | 26166 | Check | | 2,730.00 | 66,155.78 |
| 5/15 | 26174 | Deposited OR Cashed Check | | 717.69 | |
| 5/15 | 26169 | Deposited OR Cashed Check | | 911.61 | |
| 5/15 | | WF Direct Pay-Payment- Bw Invoice 14094 265 Mullen Residence-Tran ID Dpaaap76Yl | | 2,435.00 | |
| 5/15 | 26171 | Check | | 963.16 | 61,128.32 |
| 5/18 | 26172 | Deposited OR Cashed Check | | 979.17 | |
| 5/18 | | Online Transfer to Nanke J Ref #Ib0Y598Cgm Everyday Checking Prepayroll Half Jared Nanke May 21 2026 | | 858.95 | |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/18 | | Online Transfer to Nanke J Ref #Ib0Y5F4Hpl Everyday Checking Prepayroll Half Jared Nanke May 21 2026 | | 858.95 | |
| 5/18 | 26073 | Check | | 2,000.00 | 56,431.25 |
| 5/19 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026051900004861 Trn#260519123783 Rfb# | 15,537.00 | | |
| 5/19 | | Purchase authorized on 05/17 IN *Buenos Banos L 928-4958562 AZ S586138036650328 Card 1021 | | 325.44 | |
| 5/19 | | Blc Company Prem Debit 260515 52340265489 John M Nanke | | 840.00 | |
| 5/19 | | Blc Company Prem Debit 260515 52340561393 John M Nanke | | 1,550.00 | |
| 5/19 | 26168 | Check | | 161.00 | |
| 5/19 | 26176 | Check | | 881.43 | 68,210.38 |
| 5/20 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 260520 245649 Nanke Signature Group, | | 2,185.06 | |
| 5/20 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 260520 245644 Nanke Signature Group, | | 2,643.90 | 63,381.42 |
| 5/21 | | eDeposit IN Branch 05/21/26 03:05:08 PM 825 Miller Valley Rd Prescott AZ 1021 | 6,245.95 | | |
| 5/21 | | Cash eWithdrawal IN Branch 05/21/2026 15:08 PM 825 Miller Valley Rd Prescott AZ 1021 | | 24.00 | |
| 5/21 | < | Business to Business ACH Debit - Intuit 80889292 Tax 260521 19477004 Nanke Signature Group | | 2,887.25 | 66,716.12 |
| 5/22 | | ATM Check Deposit on 05/22 825 Miller Valley Rd Prescott AZ 0008650 ATM ID 4651A Card 1021 | 55,000.00 | | |
| 5/22 | 232 | Cashed Check | | 2,295.00 | |
| 5/22 | 26180 | Deposited OR Cashed Check | | 723.56 | |
| 5/22 | 26183 | Deposited OR Cashed Check | | 964.25 | |
| 5/22 | 26163 | Check | | 13,190.10 | |
| 5/22 | 26182 | Check | | 990.41 | 103,552.80 |
| 5/26 | | Purchase authorized on 05/24 IN *Buenos Banos L 928-4958562 AZ S386144757624092 Card 1021 | | 220.64 | |
| 5/26 | | Purchase authorized on 05/25 Wix.Com 1242265455 415-4499034 NY S306145642394114 Card 1021 | | 25.52 | 103,306.64 |
| 5/27 | | Transfer IN Branch - From Nanke Signature Group, LLC DDA xxxxxx3619 3186 Willow Creek Rd Prescott AZ | 900.24 | | |
| 5/27 | | Transfer IN Branch - to Nanke Signature Group, LLC DDA xxxxxx2400 3186 Willow Creek Rd Prescott AZ | | 103,306.64 | |
| 5/27 | | Transfer IN Branch - to Nanke Signature Group, LLC DDA xxxxxx2400 3186 Willow Creek Rd Prescott AZ | | 900.24 | 0.00 |
| 5/28 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026052800002463 Trn#260528196639 Rfb# | 22,900.00 | | 22,900.00 |
| 5/29 | | Interest Payment | 0.51 | | 22,900.51 |
| **Totals** | | | **$226,556.42** | **$235,922.74** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 232 | 5/22 | 2,295.00 | 26073 | 5/18 | 2,000.00 | 26139 * | 5/4 | 280.00 |
| 26071 * | 5/7 | 2,000.00 | 26119 * | 5/8 | 850.42 | 26141 * | 5/1 | 899.85 |
| 26072 | 5/14 | 2,000.00 | 26133 * | 5/6 | 951.49 | 26143 * | 5/1 | 590.36 |

WELLS FARGO

***Summary of checks written(continued)***

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 26144 | 5/1 | 919.45 | 26158 | 5/14 | 752.05 | 26170 | 5/14 | 609.34 |
| 26145 | 5/1 | 1,239.81 | 26159 | 5/8 | 1,203.02 | 26171 | 5/15 | 963.16 |
| 26146 | 5/1 | 756.87 | 26160 | 5/14 | 161.00 | 26172 | 5/18 | 979.17 |
| 26147 | 5/14 | 240.34 | 26161 | 5/11 | 350.00 | 26174 * | 5/15 | 717.69 |
| 26148 | 5/6 | 881.42 | 26162 | 5/8 | 2,250.00 | 26175 | 5/14 | 459.72 |
| 26150 * | 5/8 | 218.50 | 26163 | 5/22 | 13,190.10 | 26176 | 5/19 | 881.43 |
| 26152 * | 5/8 | 559.03 | 26164 | 5/13 | 618.00 | 26177 | 5/14 | 1,203.02 |
| 26153 | 5/14 | 638.72 | 26165 | 5/8 | 2,000.00 | 26178 | 5/14 | 2,250.00 |
| 26154 | 5/8 | 1,058.53 | 26166 | 5/14 | 2,730.00 | 26180 * | 5/22 | 723.56 |
| 26155 | 5/11 | 843.59 | 26167 | 5/8 | 27,146.00 | 26182 * | 5/22 | 990.41 |
| 26156 | 5/8 | 1,239.80 | 26168 | 5/19 | 161.00 | 26183 | 5/22 | 964.25 |
| 26157 | 5/8 | 756.86 | 26169 | 5/15 | 911.61 | | | |

* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | $0.00 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $65,542.04 ☑ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account (CD) | | |

The monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 70 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings



NANKE SIGNATURE GROUP, LLC
DBA J.BARTON CONTRACTING
PO BOX 10158
PRESCOTT AZ 86304-0158

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Fraud and scam tips to help keep your money and information safe**

**Quickly spot check fraud and scams**
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

**Government impersonation scams**

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. **Hang up on unexpected calls from the IRS,** even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", **assume it's a scam.**

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $900.24 |
| Deposits/Credits | 0.01 |
| Withdrawals/Debits | - 900.24 |
| **Ending balance on 5/31** | **$0.01** |

Account number: [redacted]3619 (primary account)

**NANKE SIGNATURE GROUP, LLC**
**DBA J.BARTON CONTRACTING**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $755.04 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.03 |

## Transaction history

| *Date* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|
| 5/27 | Transfer IN Branch - to Nanke Signature Group, LLC DDA xxxxxx2012 3186 Willow Creek Rd Prescott AZ | | 900.24 | 0.00 |
| 5/29 | Interest Payment | 0.01 | | 0.01 |
| **Totals** | | **$0.01** | **$900.24** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

The fee is waived (or discounted) by the bank for this fee period. For the next fee period you need to meet one of the options to avoid the monthly service fee or receive the discount when applicable.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $300.00 | $0.00 ☐ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YC/YC

WELLS FARGO

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
\+ $ ______

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801