# Navigate Business Checking℠

June 30, 2026 ■ Page 1 of 7

WELLS FARGO

NANKE SIGNATURE GROUP, LLC
DEBTOR IN POSSESSION
CH11 CASE #26-05055 AZ
220 W GOODWIN ST STE 7
PRESCOTT AZ 86303-4794

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Be mindful of ongoing scams affecting older adults.** Help protect yourself and loved ones from:

- **Investment scams** - the scammer makes friends with you on social media then offers to show you how to invest in crypto or another "money making" opportunity. Watch out for promises of big returns, suggestions to invest in crypto, or requests to wire money.
- **Scam Callers Pretending to Be Tech Help** - scammers pose as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device.

**If you have a real tech issue:** go to a local company that you know and trust. Be on the lookout for fake websites. Never trust someone who contacts you first or asks for access to your device. **If this happens to you, it's a scam.**

Learn more at wellsfargo.com/scams

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $96,457.49 |
| Deposits/Credits | 53,318.27 |
| Withdrawals/Debits | - 138,864.39 |
| **Ending balance on 6/30** | **$10,911.37** |

Account number: [redacted]2400 **(primary account)**

**NANKE SIGNATURE GROUP, LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #26-05055 AZ**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.31 |
| Average collected balance | $37,973.09 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.31 |
| Interest paid this year | $0.44 |

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 6/1 | 1012 | Cashed Check | | 1,710.00 | |
| 6/1 | 1003 | Cashed Check | | 772.02 | |
| 6/1 | 1002 | Deposited OR Cashed Check | | 594.29 | |
| 6/1 | 1007 | Deposited OR Cashed Check | | 658.93 | |
| 6/1 | < | Business to Business ACH Debit - Intuit 80208765 Tax 260601 19477004 Nanke Signature Group | | 2,555.98 | |
| 6/1 | < | Business to Business ACH Debit - Intuit Inc Acctverify 260601 Nanke Signature Group | | 0.15 | 90,166.12 |
| 6/2 | | Harland Clarke Check/Acc. 053026 2lkx525406735L8 Nanke Signature Group, | | 250.50 | |
| 6/2 | 1006 | Deposited OR Cashed Check | | 1,239.81 | |
| 6/2 | 1013 | Check | | 105.00 | 88,570.81 |
| 6/3 | 1008 | Check | | 668.21 | 87,902.60 |
| 6/4 | | Transfer IN Branch - From Nanke Signature Group, LLC DDA xxxxxx2012 825 Miller Valley Rd Prescott AZ | 22,900.51 | | |
| 6/4 | | Transfer IN Branch - From Nanke Signature Group, LLC DDA xxxxxx2012 825 Miller Valley Rd Prescott AZ | 0.02 | | |
| 6/4 | 1033 | Deposited OR Cashed Check | | 1,717.89 | |
| 6/4 | 1037 | Deposited OR Cashed Check | | 279.17 | |
| 6/4 | 1032 | Deposited OR Cashed Check | | 949.31 | |
| 6/4 | 1036 | Deposited OR Cashed Check | | 1,283.24 | |
| 6/4 | < | Business to Business ACH Debit - Intuit 95506085 Tax 260604 19477004 Nanke Signature Group | | 2,857.00 | |
| 6/4 | 1017 | Check | | 2,000.00 | 101,716.52 |
| 6/5 | 1029 | Deposited OR Cashed Check | | 817.59 | |
| 6/5 | 1035 | Deposited OR Cashed Check | | 727.48 | |
| 6/5 | 1034 | Deposited OR Cashed Check | | 1,239.80 | |
| 6/5 | | WF Direct Pay-Payment- Rolin Forward Suite 7 Rent-Tran ID Dpaaaqxjvh | | 3,213.39 | |
| 6/5 | < | Business to Business ACH Debit - Intuit 72407330 Tax 260605 19477004 Nanke Signature Group | | 257.84 | |
| 6/5 | 1026 | Check | | 437.00 | |
| 6/5 | 1031 | Check | | 854.17 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/5 | 1016 | Check | | 32,700.00 | |
| 6/5 | 1015 | Check | | 2,988.00 | 58,481.25 |
| 6/8 | 1027 | Cashed Check | | 2,385.00 | |
| 6/8 | 1030 | Deposited OR Cashed Check | | 322.36 | |
| 6/8 | 1011 | Deposited OR Cashed Check | | 482.02 | |
| 6/8 | 1001 | Deposited OR Cashed Check | | 589.75 | |
| 6/8 | | WF Direct Pay-Payment- Rdo Late Fee Invoice-Tran ID Dpaaaqznuu | | 48.43 | |
| 6/8 | | WF Direct Pay-Payment- Rolin Forward Suite 10H June 2026 Rent-Tran ID Dpaaaqzogu | | 521.96 | |
| 6/8 | 1028 | Check | | 560.00 | 53,571.73 |
| 6/9 | 1038 | Check | | 904.78 | 52,666.95 |
| 6/11 | | Purchase authorized on 06/10 Footework Auto Lic Prescott AZ S586161771160282 Card 8487 | | 854.27 | |
| 6/11 | | Purchase authorized on 06/10 Granite Dells Stor 928-800-8200 AZ S586161824028103 Card 8487 | | 1,337.46 | |
| 6/11 | | Purchase authorized on 06/11 Abs 064030 AZ Bldg Sup Prescott AZ P306162585004235 Card 8487 | | 123.04 | |
| 6/11 | < | Business to Business ACH Debit - Travis, LLC Bill.Com 016Bbckeq11G7St Travis, LLC - Inv #26011 | | 150.00 | |
| 6/11 | < | Business to Business ACH Debit - Buenos Banos LLC Sale 260611 Nanke Signature Group | | 220.64 | |
| 6/11 | < | Business to Business ACH Debit - Travis, LLC Bill.Com 016Yhelwz11G7Ss Travis, LLC - Inv #26016 | | 300.00 | |
| 6/11 | < | Business to Business ACH Debit - Travis, LLC Bill.Com 016Xishms11G7Su Travis, LLC - Inv #26010 | | 500.00 | |
| 6/11 | < | Business to Business ACH Debit - Intuit 33798990 Tax 260611 19477004 Nanke Signature Group | | 3,141.19 | |
| 6/11 | 1020 | Check | | 2,000.00 | 44,040.35 |
| 6/12 | | Purchase authorized on 06/10 State Farm Insura 800-956-6310 IL S466161783327625 Card 8487 | | 862.50 | |
| 6/12 | | Purchase authorized on 06/11 Abs 064030 AZ Bldg Prescott AZ S346162570496071 Card 8487 | | 1,358.81 | |
| 6/12 | | Purchase authorized on 06/11 Horizon Dist - H16 Prescott AZ S586162598215965 Card 8487 | | 82.44 | |
| 6/12 | 1045 | Deposited OR Cashed Check | | 1,717.90 | |
| 6/12 | 1047 | Deposited OR Cashed Check | | 743.94 | |
| 6/12 | 1042 | Deposited OR Cashed Check | | 723.56 | |
| 6/12 | 1049 | Deposited OR Cashed Check | | 1,303.29 | |
| 6/12 | 1046 | Deposited OR Cashed Check | | 1,239.81 | |
| 6/12 | 1043 | Check | | 949.55 | 35,058.55 |
| 6/15 | 1044 | Deposited OR Cashed Check | | 1,083.68 | |
| 6/15 | | Purchase authorized on 06/15 Yavapai County 1015 Fa Prescott AZ P000000747086029 Card 8487 | | 60.00 | |
| 6/15 | 1051 | Check | | 13,212.50 | |
| 6/15 | 1039 | Check | | 115.00 | |
| 6/15 | 1041 | Check | | 525.00 | |
| 6/15 | 1040 | Check | | 2,070.00 | 17,992.37 |
| 6/16 | | Purchase authorized on 06/15 Tyl Yavapai County Plano TX S346166818544237 Card 8487 | | 2.10 | |
| 6/16 | 1050 | Check | | 692.16 | 17,298.11 |
| 6/17 | | Purchase authorized on 06/17 Circle K # 09525 940 W Prescott AZ P000000843350529 Card 8487 | | 65.70 | |
| 6/17 | < | Business to Business ACH Debit - Prescott CPA, Pl Sale 260617 Nanke Signature Group | | 250.00 | 16,982.41 |
| 6/18 | 1059 | Deposited OR Cashed Check | | 1,717.90 | |
| 6/18 | 1063 | Deposited OR Cashed Check | | 1,256.50 | |
| 6/18 | < | Business to Business ACH Debit - Intuit 79085624 Tax 260618 19477004 Nanke Signature Group | | 2,765.46 | 11,242.55 |
| 6/22 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026062200009401 Trn#260622290443 Rfb# | 12,417.43 | | |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/22 | | WT Fed#03C00 Zions Bancorporati /Org=Bancs Loans IN Transit Advance-Pymt Srf# 2026062200009496 Trn#260622322471 Rfb# | 18,000.00 | | |
| 6/22 | | Purchase authorized on 06/19 Maverik #562 Prescott AZ P466170523080220 Card 8487 | | 67.43 | |
| 6/22 | 1061 | Deposited OR Cashed Check | | 623.27 | |
| 6/22 | 1019 | Deposited OR Cashed Check | | 717.69 | |
| 6/22 | 1056 | Deposited OR Cashed Check | | 523.77 | |
| 6/22 | 1058 | Deposited OR Cashed Check | | 964.24 | |
| 6/22 | 1060 | Deposited OR Cashed Check | | 1,239.80 | |
| 6/22 | | Purchase authorized on 06/22 The Home Depot #0482 Flagstaff AZ P386173704376011 Card 8487 | | 76.14 | |
| 6/22 | 1062 | Check | | 787.98 | |
| 6/22 | 1055 | Check | | 986.52 | |
| 6/22 | 1022 | Check | | 2,000.00 | |
| 6/22 | 1053 | Check | | 1,845.00 | |
| 6/22 | 1057 | Check | | 744.06 | 31,084.08 |
| 6/23 | 1054 | Check | | 210.00 | |
| 6/23 | < | Business to Business ACH Debit - Buenos Banos LLC Sale 260623 Nanke Signature Group | | 220.64 | |
| 6/23 | < | Business to Business ACH Debit - Buenos Banos LLC Sale 260623 Nanke Signature Group | | 325.44 | 30,328.00 |
| 6/24 | < | Business to Business ACH Debit - Martin Marietta 9197834622 A26174 2Wha5D5Qgdsa441 NA Nanke Signature Gro | | 3,199.00 | |
| 6/24 | 1052 | Check | | 172.50 | |
| 6/24 | < | Business to Business ACH Debit - Prescott CPA, Pl Sale 260624 Nanke Signature Group | | 250.00 | 26,706.50 |
| 6/26 | 1073 | Deposited OR Cashed Check | | 1,303.30 | |
| 6/26 | 1070 | Deposited OR Cashed Check | | 904.53 | |
| 6/26 | < | Business to Business ACH Debit - Intuit 44442018 Tax 260626 19477004 Nanke Signature Group | | 2,692.42 | |
| 6/26 | 1066 | Check | | 2,295.00 | |
| 6/26 | 1023 | Check | | 2,000.00 | 17,511.25 |
| 6/29 | | Recurring Payment authorized on 06/25 Vzwrlss*My Vz Vb P 800-922-0204 FL S356176690525463 Card 8487 | | 1,115.70 | |
| 6/29 | 1075 | Deposited OR Cashed Check | | 1,239.81 | |
| 6/29 | 1074 | Deposited OR Cashed Check | | 1,717.90 | |
| 6/29 | 1069 | Cashed Check | | 646.25 | |
| 6/29 | 1067 | Deposited OR Cashed Check | | 271.05 | |
| 6/29 | 1071 | Deposited OR Cashed Check | | 300.94 | |
| 6/29 | | Paypal Purchase 260629 Namecheap Nanke Signature Group | | 21.66 | |
| 6/29 | | Paypal Purchase 260629 Google LLC Goog Nanke Signature Group | | 439.38 | 11,758.56 |
| 6/30 | 1064 | Check | | 287.50 | |
| 6/30 | 1065 | Check | | 560.00 | |
| 6/30 | | Interest Payment | 0.31 | | 10,911.37 |
| **Totals** | | | **$53,318.27** | **$138,864.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

WELLS FARGO

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 6/8 | 589.75 | 1031 | 6/5 | 854.17 | 1053 | 6/22 | 1,845.00 |
| 1002 | 6/1 | 594.29 | 1032 | 6/4 | 949.31 | 1054 | 6/23 | 210.00 |
| 1003 | 6/1 | 772.02 | 1033 | 6/4 | 1,717.89 | 1055 | 6/22 | 986.52 |
| 1006 * | 6/2 | 1,239.81 | 1034 | 6/5 | 1,239.80 | 1056 | 6/22 | 523.77 |
| 1007 | 6/1 | 658.93 | 1035 | 6/5 | 727.48 | 1057 | 6/22 | 744.06 |
| 1008 | 6/3 | 668.21 | 1036 | 6/4 | 1,283.24 | 1058 | 6/22 | 964.24 |
| 1011 * | 6/8 | 482.02 | 1037 | 6/4 | 279.17 | 1059 | 6/18 | 1,717.90 |
| 1012 | 6/1 | 1,710.00 | 1038 | 6/9 | 904.78 | 1060 | 6/22 | 1,239.80 |
| 1013 | 6/2 | 105.00 | 1039 | 6/15 | 115.00 | 1061 | 6/22 | 623.27 |
| 1015 * | 6/5 | 2,988.00 | 1040 | 6/15 | 2,070.00 | 1062 | 6/22 | 787.98 |
| 1016 | 6/5 | 32,700.00 | 1041 | 6/15 | 525.00 | 1063 | 6/18 | 1,256.50 |
| 1017 | 6/4 | 2,000.00 | 1042 | 6/12 | 723.56 | 1064 | 6/30 | 287.50 |
| 1019 * | 6/22 | 717.69 | 1043 | 6/12 | 949.55 | 1065 | 6/30 | 560.00 |
| 1020 | 6/11 | 2,000.00 | 1044 | 6/15 | 1,083.68 | 1066 | 6/26 | 2,295.00 |
| 1022 * | 6/22 | 2,000.00 | 1045 | 6/12 | 1,717.90 | 1067 | 6/29 | 271.05 |
| 1023 | 6/26 | 2,000.00 | 1046 | 6/12 | 1,239.81 | 1069 * | 6/29 | 646.25 |
| 1026 * | 6/5 | 437.00 | 1047 | 6/12 | 743.94 | 1070 | 6/26 | 904.53 |
| 1027 | 6/8 | 2,385.00 | 1049 * | 6/12 | 1,303.29 | 1071 | 6/29 | 300.94 |
| 1028 | 6/8 | 560.00 | 1050 | 6/16 | 692.16 | 1073 * | 6/26 | 1,303.30 |
| 1029 | 6/5 | 817.59 | 1051 | 6/15 | 13,212.50 | 1074 | 6/29 | 1,717.90 |
| 1030 | 6/8 | 322.36 | 1052 | 6/24 | 172.50 | 1075 | 6/29 | 1,239.81 |

** Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 06/01/2026 - 06/30/2026 | Standard monthly service fee $25.00 | You paid $0.00

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | $10,911.06 ☑ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $38,906.28 ☑ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

WELLS FARGO

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 86 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

TIP **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ........................ $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____________
$ ____________
$ ____________
+ $ ____________

........................................ **TOTAL** $ ____________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

........................................ **TOTAL** $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............ - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801