ORDERED ACCORDINGLY.

Dated: August 19, 2026

Brenda K. Martin, Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>NANKE SIGNATURE GROUP, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 3:26-bk-05055-BKM<br><br>**ORDER APPROVING STIPULATION AND EXTENDING DEBTOR'S USE OF CASH COLLATERAL** |

This matter, having come before the Court upon the *Motion for An Order authorizing Debtor's Use of Cash Collateral* (the "Cash Collateral Motion") (Docket No. 9), filed by Nanke Signature Group, LLC (the "Debtor") in the above-captioned bankruptcy proceeding, and an expedited hearing on the Cash Collateral Motion having occurred on May 29, 2026, and this Court's July 1, 2026 *Final Order Authorizing the Use of Cash Collateral* (Docket No. 43); and the interested parties stipulating to the continued use of cash collateral on the terms provided herein as evidence by respective counsel's signatures affixed hereto; and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor is authorized to use cash collateral, for expenses identified in the budget attached hereto as **Exhibit A**, through November 30, 2026. The Debtor shall not, in the aggregate, for any particular operating month, exceed the projected aggregate expenses set forth in the operating budget by more than 10%. If the Debtor's expenditures are below Budget in any given month, the amount of such savings shall be available to the Debtors during the immediately following month.

2. Except as expressly modified herein, all terms and conditions of the Final Order Authorizing the Use of Cash Collateral (Doc. 43) shall remain in full force and effect.

3. As adequate protection of their interests in cash collateral, under 11 U.S.C. § 552 and on an interim basis, Kapitus is also granted a replacement lien in the Debtor's post-petition assets to the same extent, validity, and priority as its pre-petition security interests held as of the commencement of this case. Such perfection shall continue in the event of any conversion of this case to chapter 7, the appointment of a trustee, or dismissal of this Bankruptcy Case. The Debtor and Kapitus expressly reserve their respective rights under governing agreements, the Bankruptcy Code, or other applicable law. All parties have reserved all claims, rights, remedies, or defenses concerning the Debtor's use of cash collateral.

4. That the Debtor is to remit adequate protection payments to Kapitus as follows: $10,000 due on or before September 30, 2026; $10,000 due on or before October 31, 2026; and $10,000 due on or before November 30, 2026.

(BKM)

5. The Court retains jurisdiction over all matters arising from or related to this Order.

6. **IT IS FURTHER ORDERED** vacating the continued hearing set for August 26, 2026 at 2:00 p.m.

CONSENT GRANTED BY:

/s/ Scott Brown

Scott Brown
ABC Law Group
Counsel for Creditor, Kapitus
sbrown@acblawgroup.com

**DATED AND SIGNED ABOVE.**

# EXHIBIT A

| | | September 1 - 30 | October 1 - 31 | November 1 - 30 | Total |
|---|---|---|---|---|---|
| Projected Income | | $390,000.00 | $410,000.00 | $410,000.00 | $1,210,000.00 |
| Projected Expenses | | | | | |
| | Real Property Lease Payment | $5,376.75 | $5,376.75 | $5,376.75 | $16,130.25 |
| | Utilities | $370.97 | $370.97 | $370.97 | $1,112.91 |
| | Taxes & Licenses | $13,580.00 | $13,580.00 | $13,580.00 | $40,740.00 |
| | Insurance | $8,770.00 | $8,770.00 | $8,770.00 | $26,310.00 |
| | Auto Expenses | $7078.96 | $7078.96 | $7078.96 | $21,236.88 |
| | General Office Expenses | $750.00 | $750.00 | $750.00 | $2,250.00 |
| | Non-Supervisor Wages | $10,500.00 | $10,500.00 | $10,500.00 | $31,500.00 |
| | Officer Wages (Insider John Nanke) | $6,630.00 | $6,630.00 | $6,630.00 | $19,890.00 |
| | Supervisor / Admin Wages | $17,730.45 | $17,730.45 | $17,730.45 | $53,191.35 |
| | Supervisor Wages - (Insider Jared Nanke) | $9,559.55 | $9,559.55 | $9,559.55 | $28,678.65 |
| | Contractor Payment-(Insider Meghan Farnsworth) | $8,667.00 | $8,667.00 | $8,667.00 | $26,001.00 |
| | Direct Project Costs (Materials and Supplies) | $50,000.00 | $50,000.00 | $50,000.00 | $150,000.00 |
| | Direct Project Costs (Subcontractors & Vendors) | $235,000.00 | $250,000.00 | $250,000.00 | $735,000.00 |
| | Telephone and Website | $1,200.00 | $1,200.00 | $1,200.00 | $3,600.00 |
| | Software and Office | $915.00 | $915.00 | $915.00 | $2,745.00 |
| | Equipment Rental / Maintenance | $1,300.00 | $1,300.00 | $1,300.00 | $3,900.00 |
| Projected Expenses | | | | | |
| | Kapitus - Adequate Protection | $10,000 | $10,000 | $10,000 | $30,000.00 |
| | Bank Fees | $40.00 | $40.00 | $40.00 | $120.00 |
| | Professional Fees (Accountant and Payroll) | $250.00 | $250.00 | $250.00 | $750.00 |
| | Professional Fees (Subchapter V Trustee) | $1000.00 | $1000.00 | $1000.00 | $3,000.00 |
| Projected Net Income | | $1,281.32 | $6,281.32 | $6,281.32 | $13,843.96 |