**Anderson Clarkson Brown PLLC**
2158 North Gilbert Road, Suite 114
Mesa, Arizona 85203

**Scott K. Brown** (State Bar No. 020390)
Direct Dial: (480) 247-0557
E-mail: sbrown@acblawgroup.com

*Attorneys for Kapitus*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (PRESCOTT)

| | |
|---|---|
| In Re:<br><br>NANKE SIGNATURE GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:26-bk-05055-BKM<br><br>**NOTICE OF CASH COLLATERAL DEFAULT AND NON-CONSENT TO USE OF CASH COLLATERAL** |

Kapitus Servicing Inc., as Servicing Provider for Kapitus LLC ("Kapitus") hereby gives notice of multiple defaults under the Court's *Final Order Authorizing The Use of Cash Collateral* (the "Order") [DE 43] and its non-consent to the further use of cash collateral in this case.

In support hereof, Kapitus states as follows:

1. Kapitus and the Debtor, Nanke Signature Group, LLC ("Nanke") negotiated a stipulated cash collateral that culminated in the filing and approval of the Order. Pursuant to the Order, the Court ordered:

> In addition, the Debtor shall make adequate protection payments to Kapitus for the following amounts during the term of this Cash Collateral Order: (1) $5,000 due on or before June 30, 2026; (2) $10,000 due on or before July 31, 2026; and (3) $15,000 due on or before August 31, 2026. In the event the Debtor fails to timely make any monthly payment, Kapitus may, after providing the Debtor notice and a ten (10) day cure period, move for an expedited hearing to determine the appropriate relief for such

> payment default. These adequate protection payments shall be applied to the Debtor's obligations to Kapitus in accordance with the Loan Agreements. All payments by Debtor to Kapitus shall be remitted via wire payment in accordance with instructions provided by Kapitus to the Debtor or by other means acceptable to the parties. No other claimants shall receive any adequate protection payments unless otherwise ordered by the Court.

*Id.* at ¶ 10.

2. Nanke made the June 30th cash collateral payment, albeit late, on July 7, 2026. Despite repeated demands – and a notice of default emailed on August 12, 2026 – Nanke has failed to make the July 31st or August 31st cash collateral payments and is in default under the Order.

3. The Order permits Kapitus to "move for an expedited hearing to determine the appropriate relief for such payment default." However, especially in light of the fact that a status conference is already set for September 16, 2026, rather than requesting an expedited hearing, Kapitus simply no longer consents to use of cash collateral. Due to Nanke's non-compliance with the Order, and Kapitus' non-consent, Nanke must cease use of its cash collateral immediately. *See* 11 U.S.C. § 363(c). Kapitus intends to raise the Debtor's default under the Order at the status conference.

4. The Court entered another cash collateral order on August 19, 2026, *i.e.* its *Order Approving Stipulation and Extending Debtor's Use of Cash Collateral* ("Extended Order") [DE 71], which requires additional adequate protection payments commencing September 30, 2026. Kapitus consented to the Extended Order because, at the time, it had been told that the failure to pay the July 31st payment was a technicality and Nanke intended to make the payment once it met with its business banker or worked out an alternative method of payment. Kapitus has repeatedly requested updates and has received none – and now realizes it was premature in agreeing to the Extended Order. Due to Nanke's non-compliance and default under the Order, Nanke should likewise no longer be permitted to

use cash collateral under the Extended Order and Kapitus no longer consents thereto.

DATED this 4th day of September 2026.

ANDERSON CLARKSON BROWN PLLC

By: /s/ Scott K. Brown (#020390)
Scott K. Brown
*Attorneys for Kapitus*

COPY of the foregoing emailed this
4th day of September, 2026 to:

Eli T. Enger
Udall Shumway PLC
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
ete@udallshumway.com
*Attorneys for Debtor*

Patty Chan
Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
patty.chan@usdoj.gov
*U.S. Trustee*

James N. Hanson
Jason A. Clark
Lang Thal King & Hanson PC
6730 North Scottsdale Road, Suite 101
Scottsdale, Arizona 85253
filing@lang.law
*Attorneys for Robert and Danielle Knox*

Dawn M. Maguire, Esq.
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Trustee@MaguireLawAZ.com
*Subchapter V Trustee*

Helen K. Santilli
Nach, Rodgers, Hilkert & Santilli
1220 East Osborn Rd., Ste. 101
Phoenix, AZ 85014
helen.santilli@nrhslaw.com
*Attorneys for Robert and Danielle Knox*

D. Lamar Hawkins
Mark A. Hanson
Guidant Law, PLC
4320 E. Presidio St., Suite 101
Mesa, AZ 85215
Lamar@Guidant.law
Mark@Guidant.Law

*Attorneys for Zachary Caldwell and*
*ZLC Living Trust dated March 19, 2021*

Lorenzo Nunez
ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096
LeaseSvcBnkrpcy@gmfinancial.com

/s/ Scott K. Brown
Scott K. Brown, Attorney
Anderson Clarkson Brown PLLC