**Anderson Clarkson Brown PLLC**
2158 North Gilbert Road, Suite 114
Mesa, Arizona 85203

**Scott K. Brown** (State Bar No. 020390)
Direct Dial: (480) 247-0557
E-mail: sbrown@acblawgroup.com

*Attorneys for Kapitus*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (PRESCOTT)

| | |
|---|---|
| In Re:<br><br>NANKE SIGNATURE GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:26-bk-05055-BKM<br><br>**MOTION TO CONTINUE INITIAL CHAPTER 11 STATUS HEARING** |

Plaintiff Kapitus Servicing Inc., as Servicing Provider for Kapitus LLC ("Kapitus"), by and through undersigned counsel, requests that the Court vacate the Initial Chapter 11 Status Conference scheduled for September 30, 2026 at 1:30 p.m. and reschedule the Status Conference for some time in October 2026. The Status Conference was originally set for September 16, 2026, but was rescheduled to September 30, 2026 [DE 80]. Kapitus' counsel is traveling on September 30, 2026, and has a flight scheduled at the time the Status Conference is set for.

DATED this 16th day of September, 2026.

ANDERSON CLARKSON BROWN PLLC

By: /s/ Scott K. Brown (#020390)
Scott K. Brown
*Attorneys for Kapitus*

COPY of the foregoing emailed this
16th day of September, 2026 to:

Eli T. Enger
Udall Shumway PLC
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
ete@udallshumway.com
*Attorneys for Debtor*

Dawn M. Maguire
10115 East Bell Road, Suite 107 #498
Scottsdale, Arizona 85260
trustee@maguirelawaz.com
*Subchapter V Trustee*

Patty Chan
Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
patty.chan@usdoj.gov
*U.S. Trustee*

James N. Hanson
Jason A. Clark
Lang Thal King & Hanson PC
6730 North Scottsdale Road, Suite 101
Scottsdale, Arizona 85253
filing@lang.law
*Attorneys for Robert and Danielle Knox*

Helen K. Santilli
Nach, Rodgers, Hilkert & Santilli
1220 East Osborn Road, Suite 101
Phoenix, Arizona 85014
helen.santilli@nrhslaw.com
*Attorneys for Robert and Danielle Knox*

D. Lamar Hawkins
Mark A. Hanson
Guidant Law Firm
4320 East Presidio Street, Suite 101
Mesa, Arizona 85215
lamar@guidant.law
mark@guidant.law
*Attorneys for Zachary Caldwell and the ZLC Living Trust Dated March 19, 2021*

Lorenzo Nunez
ACAR Leasing LTD dba GM Financial Leasing
PO Box 183853
Arlington, Texas 76096
LeaseSvcBnkrpcy@gmfinancial.com
*Agent for GM Financial Leasing*

/s/ C.J. Scruggs
C.J. Scruggs, Paralegal
Anderson Clarkson Brown PLLC