**ORDERED ACCORDINGLY.**

**Dated: September 17, 2026**

**Brenda K. Martin, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (PRESCOTT)

| | |
|---|---|
| In Re:<br>NANKE SIGNATURE GROUP, LLC,<br>Debtor. | Chapter 11<br>Case No. 3:26-bk-05055-BKM<br>**ORDER GRANTING MOTION TO CONTINUE INITIAL CHAPTER 11 STATUS HEARING** |

This matter, having come before the Court upon the *Motion to Continue Initial Chapter 11 Status Hearing* ("Motion") filed by Kapitus in the above-captioned bankruptcy proceeding, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED.

2. The Initial Chapter 11 Status Hearing set for September 30, 2026 at 1:30 p.m. is VACATED.

3. The Initial Chapter 11 Status Hearing is continued to October 15, 2026 at 3:00 p.m.

**DATED AND SIGNED ABOVE**