Warren J. Stapleton, 018646
Andrew B. Haynes, 037755
OSBORN MALEDON, P.A.
2929 North Central Avenue
20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
wstapleton@omlaw.com
ahaynes@omlaw.com

*Attorneys for John and Judy Mullen*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>**NANKE SIGNATURE GROUP, LLC, dba NANKE LUXURY HOMES, dba J.BARTON CONTRACTING,**<br><br>Debtor. | In Proceedings under Chapter 11 (Subchapter V)<br><br>Case No. 3:26-bk-05055-BKM<br><br>**NOTICE OF APPEARANCE** |

The law firm of Osborn Maledon PA ("OM") hereby gives notice of appearance on behalf of John and Judy Mullen in the above-captioned proceeding. OM requests that all pleadings, notices, orders and other items of record be sent to the following attorneys:

Warren J. Stapleton
Andrew B. Haynes
Osborn Maledon PA
2929 N Central Ave, 20th Floor
Phoenix AZ 85012
wstapleton@omlaw.com
ahaynes@omlaw.com

DATED this 28th day of September, 2026.

OSBORN MALEDON, P.A.

By /s/ Andrew B. Haynes
Warren J. Stapleton
Andrew B. Haynes
2929 North Central Avenue,
20th Floor
Phoenix, Arizona 85012-2793
*Attorneys for John and Judy Mullen*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Aimee Bourassa