UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Eli Enger (SBN 034242)
ete@udallshumway.com
Joel E. Sannes (SBN 015999)
jes@udallshumway.com
docket@udallshumway.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re<br><br>NANKE SIGNATURE GROUP, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 3:26-05055-BKM<br><br>**CERTIFICATE OF MAILING** |

The undersigned counsel with the law firm of Udall Shumway, LLC, in its capacity as attorneys for Nanke Signature Group hereby certifies that on the 2nd day of October, 2026, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, a copy of the *Order Granting Motion to Continue Initial Chapter 11 Status Hearing* (Doc. 85) by email or U.S. Mail to all creditors listed on the Master Mailing List.

/ / /

/ / /

/ / /

DATED October 12, 2026.

UDALL SHUMWAY PLC

By */s/ Eli T. Enger*
Eli Enger
Joel E. Sannes
1138 N. Alma School Rd., Ste. 101
Mesa, AZ 85201
*Attorneys for Debtor*

Original filed electronically
on October 12, 2026 with:

Clerk, U.S. Bankruptcy Court
District of Arizona
230 North 1st Avenue, No. 101
Phoenix, AZ 85003

COPY emailed and mailed this same date to:

U.S. Trustee's Office
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

Dawn Maguire
US Trustee
Trustee@maguirelawaz.com

Patty Chan
U.S. Trustee
Patty.Chan@usdoj.gov

*By: /s/ Valerie Corral*