ORDERED ACCORDINGLY.

Dated: October 26, 2026

Brenda K. Martin, Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA (PRESCOTT)**

| | |
|---|---|
| In Re:<br><br>**NANKE SIGNATURE GROUP, LLC,**<br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 3:26-bk-05055-BKM<br><br>**ORDER CONVERTING CASE FROM CHAPTER 11, SUBCHAPTER V, TO CHAPTER 7** |

This matter came before the Court for hearing on October 22, 2026. For the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that this case is converted from a case under Chapter 11, Subchapter V, to a case under Chapter 7 of Title 11 of the United States Code.

**DATED AND SIGNED ABOVE**