**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

Ryan W. Anderson (Ariz. No. 020974)
Shawn A. McCabe (Ariz. No. 032402)
Zachary A. Phillips (Ariz. No. 039535)
Email: randerson@bcattorneys.com
Email: smccabe@bcattorneys.com
Email: zphillips@bcattorneys.com
*Attorneys for Dawn M. Maguire, the Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Nanke Signature Group, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 3:26-bk-05055-BKM<br><br>**APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 7 TRUSTEE AND VERIFIED STATEMENT IN SUPPORT THEREOF** |

Pursuant to 11 U.S.C. § 327 and the Bankruptcy Rule 2014, Dawn M. Maguire, the duly appointed Chapter 7 trustee herein ("Trustee"), applies for an order approving the employment of Burch & Cracchiolo, P.A. ("B&C" or "Firm") as attorney for the Trustee.

1. Trustee wishes to employ B&C as Trustee's attorney to represent Trustee in this matter. The Trustee has selected B&C because its attorneys have considerable bankruptcy experience and, further, Trustee believes that B&C is qualified to represent Trustee in this case.

2. The Trustee has asked the Firm to, among other things, investigate Debtor's financial affairs, and depending on the results of the Trustee's investigation, recover any assets for the benefit of the bankruptcy estate.

3. The professional services to be provided by B&C include the following:

a. Providing the Trustee with legal advice with respect to the Trustee's powers, duties, rights and remedies, advising and consulting with the Trustee concerning questions arising in the administration of the estate, and representing the Trustee in connection with matters involving creditors and other parties in interest.

b. Preparing applications, motions, answers, notices, orders, reports or other pleadings or legal documents and perform legal services required to assist the Trustee in locating and collecting assets of the estate and the administration of the bankruptcy case.

c. Appearing, prosecuting and representing the Trustee's interest in actions arising in, or related to, this case.

d. Performing all other legal services for the Trustee as required and as are necessary in this case.

4. To the best of Trustee's knowledge and in reliance upon the attached Verified Statement pursuant to Bankruptcy Rule 2014 in support of this Application, B&C and its members do not hold any interest adverse to the estate, are "disinterested" within the meaning of 11 U.S.C. § 101(14), and have no known connection with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the Office of the United States Trustee, except as stated in the attached Verified Statement.

5. The employment of B&C is in the best interest of the estate.

6. The terms of the employment of B&C, as agreed to by the Trustee, subject to approval of the Court, are that the attorneys and other personnel within the firm will undertake representation at the following hourly rates:

| | |
|---|---|
| Partners and Of Counsel | $450.00 |
| Senior Associates | $400.00 |
| Associates | $375.00 |
| Law Clerks | $250.00 |
| Paralegals/Legal Assistants | $225.00 |

7. The hourly rates set forth above are subject to periodic increases in the normal course of B&C's business, due to, among other things, the increased experience of a particular professional.

8. It is contemplated that B&C will seek interim compensation in the case as permitted by 11 U.S.C. § 331, as appropriate.

WHEREFORE, the Trustee respectfully requests an order of this Court authorizing the employment of B&C, on the terms specified above, to represent the Trustee in this case, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow upon future application.

Respectfully submitted this 28th day of October, 2026.

/s/ *Dawn M. Maguire*
Dawn M. Maguire
Chapter 7 Trustee

VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2014 IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY BURCH & CRACCHIOLO, P.A.

I, Ryan W. Anderson, states as follows:

1. I am a shareholder in the law firm of Burch & Cracchiolo, P.A. (the "Firm").

2. I am executing this Verified Statement in support of the *Application to Employ Counsel for Chapter 7 Trustee* filed in the estate of Nanke Signature Group, LLC ("Debtor"), Case No. 3:26-bk-05055-BKM.

3. All the attorneys in the Firm are duly admitted to practice in Arizona and before this Court. I have extensive experience in bankruptcy law and the other attorneys of the Firm have handled bankruptcy matters. Accordingly, the Firm is well-qualified to represent the Trustee and is willing to accept employment on the basis set forth in the Application.

4. With respect to the Firm's connection with the Debtor, creditors, or any other parties in interest, or any of their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, I hereby confirm the following to the Trustee and to the Court, personally and on behalf of the Firm, and to the best of my knowledge, information, and belief that: in 2020, the Firm represented a party in connection with a matter involving an apparent dispute with the Debtor. The Firm's representation was limited in scope and concluded several years ago. The Firm has had no ongoing involvement in the matter since that time, and the Firm's former clients are not listed as creditors in this bankruptcy case.

5. Except as disclosed in Paragraph 4 above, I do not believe that there is any other connection or interest[1] between the Firm and: (i) the United States Trustee or any person employed by the Office of the United States Trustee; or (ii) any attorneys, accountants and financial consultants who represent or may represent claimants or other parties in interest in these cases. However, as part of its practice, the Firm appears in

---

[1] As the terms are used in Bankruptcy Code §101(14)(C) and Bankruptcy Rule 2014(a).

cases, proceedings, and transactions involving many different attorneys, accountants, financial institutions, taxing authorities, financial consultants and investment bankers, some of which now or may in the future have an interest in this estate and/or represent the Trustee, the Debtor, creditors or parties in interest in this case. I understand that the Firm has not and will not represent any such entities in relation to the Trustee, the Debtor, and/or this case, nor have any financial relationship with any such entities that would be adverse to the Trustee, the Debtor, and/or this estate in the matters for which the Firm is to be employed. To the best of my knowledge, neither the Firm nor any attorney at the Firm is or was a creditor, an equity security holder or an insider of any of the Debtor.

6. Accordingly, to the best of my knowledge, the Firm and its members are "disinterested" within the meaning of 11 U.S.C. § 101(14) and hold no adverse interest to the trustee or the estate.

I declare under penalty of perjury that the above is true and correct.

Dated this 28th day of October, 2026.

BURCH & CRACCHIOLO, P.A.

/s/ *Ryan W. Anderson*
Ryan W. Anderson

Copy of the foregoing mailed
(or emailed where indicated)
on October 28, 2026, to:

Eli T Enger
Udall Shumway PLC
1138 N Alma School Road, Suite 101
Mesa, AZ 85201
ete@udallshumway.com*
*Counsel for the Debtor*

James N. Hanson
Jason A. Clark
Lang Thal King & Hanson PC
6730 N. Scottsdale Rd., Suite 101
Scottsdale, AZ 85257

jhanson@lang.law*
jclark@lang.law*
filing@lang.law*
*Request for Notice/Attorneys for Robert and Danielle Knox*

Scott K. Brown
Anderson Clarkson Brown PLLC
2158 North Gilbert Road, Suite 114
Mesa, AZ 85203
sbrown@acblawgroup.com*
*Request for Notice/Attorneys for Kapitus*

Helen K. Santilli
Nach, Rodgers, Hilkert & Santilli
1220 East Osborn Rd., Ste. 101
Phoenix, AZ 85014
helen.santilli@nrhslaw.com*
*Request for Notice/Attorneys for Robert and Danielle Knox*

D. Lamar Hawkins
Mark A. Hanson
Guidant Law, PLC
4320 E. Presidio St., Suite 101
Mesa, AZ 85215
Lamar@Guidant.law*
Mark@Guidant.Law*
*Request for Notice/Counsel for*
*Zachary Caldwell and the ZLC Living Trust*
*dated March 19, 2021*

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096
*Request for Notice/Creditor*

Warren J. Stapleton
Andrew B. Haynes
Osborn Maledon PA
2929 N Central Ave, 20th Floor
Phoenix AZ 85012
wstapleton@omlaw.com*
ahaynes@omlaw.com*
*Request for Notice/Attorneys for John and Judy Mullen*

James L. Ugalde, Esq.
Clark Hill PLC
3200 N. Central Avenue, Suite 1600
Phoenix, AZ 85012
jugalde@clarkhill.com*
*Request for Notice/Attorneys for*
*Creditor Regions Bank*
*d/b/a Ascentium Capital*

Patty Chan
Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706
Patty.Chan@usdoj.gov*
*Request for Notice/Attorney for United States Trustee*

Renee Sandler-Shamblin
Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov*

/s/ *Kim Runyan*