**ORDERED ACCORDINGLY.**

**Dated: October 28, 2026**

**Brenda K. Martin, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Nanke Signature Group, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 3:26-bk-05055-BKM<br><br>**ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 7 TRUSTEE** |

The Application to Employ Counsel for Chapter 7 Trustee ("Application") having come before the Court seeking to employ Burch & Cracchiolo, P.A. (the "Firm") as counsel for Dawn M. Maguire, the Chapter 7 Trustee in the above-captioned case ("Trustee"), it appearing that the Firm is disinterested and that employment of the Firm is in the best interest of the estate, and there being no objection thereto, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Application and approving the employment of the Firm as counsel to the Trustee pursuant to 11 U.S.C. §327, with payment of compensation or reimbursement of expenses to be made upon appropriate application and after notice of hearing, if required, pursuant to 11 U.S.C. §§ 330(a)(1), 331 and Bankruptcy Rule 2016(a).

**DATED AND SIGNED ABOVE.**